UNITED STATES of America v. Carl W. FARMER.

No. 5963.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1931.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellant.